UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Sandra Boucher, William Frye, and<br>Kimberly Jackson<br><br>Plaintiffs,<br><br>v.<br><br>SERONO LABORATORIES, INC., SERONO,<br>INC., AND THE SERONO GROUP<br><br>Defendants. | )<br>)<br>)<br>)   Civil Action No.<br>)   05-01722-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the United States' and Relators' Joint Stipulation of Dismissal filed with this Court,

IT IS ORDERED that:

1. All claims alleged by Relators in this *qui tam* action be dismissed as to defendants Serono Laboratories, Inc., Serono, Inc., and The Serono Group ("Serono") to the following extent:

    a. with prejudice to the United States and Relators as to the Covered Conduct (as defined in Paragraph I of the Preamble of the Settlement Agreement, which was filed with the Joint Stipulation of Partial Dismissal);

    b. with prejudice to Relators and without prejudice to the United States as to all remaining allegations in Relators' *qui tam* action.

2. Payment by the United States of Relators' share of the Federal Settlement Amount pursuant to the Settlement Agreement shall fully satisfy and resolve all claims by Relators against the United States under the False Claims Act arising out of the filing of this action and

any other claims to a share of the proceeds of this action. Payment by Serono of Relators' attorneys' fees and expenses pursuant to the Settlement Agreement shall constitute full and final satisfaction of any claims to such fees and expenses in connection with this matter.

SO ORDERED this _____ day of _____ 2005.

_____
UNITED STATES DISTRICT JUDGE