**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.  05-10722

Title:  U.S.A., ex rel   V   SERONO LABORATORIES, INC. ET AL

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge  ZOBEL  has been reassigned to Judge  O'TOOLE  for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials  GAO .

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   PAUL LYNESS
       Deputy Clerk

Date: 1/4/06