UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. ex rel. Bucher
_____

v.                                         Case No. 05-10722

Serano
_____

## RECEIPT

Return by the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

#46, Notice of Seal Breach, #60, #72, #73, #74, #75

Name: Jennifer Boal
Address: One Courthouse Way
USAO
Telephone: (617) 748-3310

Date: 10/23/06

(Exhibit&docs Receipt.wpd - 09/96)